```
              UNITED STATES DISTRICT COURT
                DISTRICT OF NEW HAMPSHIRE
```

Kevin Harrington

    v.                                                           Case No. 21-cv-850-LM

Northern NH Correctional Facility,
Warden

### ORDER

After due consideration of the objection filed (Doc. No. 41), I herewith approve the Report and Recommendation (Doc. No. 39) of Magistrate Judge Andrea K. Johnstone dated May 27, 2022. For the reasons explained therein, Mr. Harrington's § 2254 petition (Doc. No. 1) is dismissed without prejudice. Further, Mr. Harrington's claims challenging the conditions of his confinement, and other civil claims seeking monetary damages and injunctive relief, are dismissed without prejudice. Mr. Harrington's pending motions (Doc. Nos. 21 and 24) are denied as moot.

The clerk shall enter judgment and close this case.

                                                                       Landya B. McCafferty
                                                                       Chief Judge

Date: July 5, 2022

cc: Kevin Harrington, pro se